THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| WESTGATE SOUTH SHOPPING CENTER, LLC, | ) ) ) | IN ADMIRALTY |
| | ) | NO.  3:10-cv-05803-RBL |
| Plaintiff, | ) ) | |
| | ) | **JUDGMENT *IN REM*** |
| v. | ) ) | |
| M/Y CHINOOK, OFFICIAL NO. 640548, *in rem*, RONALD LUNCEFORD and JEANETTE LUNCEFORD, individually and as trustees of the LUNCEFORD LIVING TRUST, *in personam*, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT SUMMARY:

1.  Judgment Creditor:            Westgate South Shopping Center, LLC

2.  Judgment Debtors:             CHINOOK, Official No. 640548, *in rem*, along with all interested parties and lien claimants

3.  Attorney for Judgment Creditor:  Mikkelborg, Broz, Wells & Fryer, PLLC.

4.  Judgment Principal:           $77,555.35

6.  Accrued interest at 12%
    from September 12, 2010
    to date of judgment:          $  4,386.00

**[PROPOSED] JUDGMENT *IN REM* - 1**

Cause No.  3:10-cv-05803-RBL



MIKKELBORG
BROZ | WELLS | FRYER PLLC
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890

THIS MATTER having come before the undersigned Court of the above-entitled Court; the Court having reviewed the records and files in this matter, including the Stipulation for Entry of Judgment *In Rem* and Marshal's Sale of Defendant Vessel agreed by the parties; and the Court being fully advised in the premises; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff's preferred ship's mortgage on the defendant Vessel is hereby foreclosed.  It is FURTHER ORDERED, ADJUGED AND DECREED that judgment be, and hereby is, awarded *in rem* in favor of Plaintiff and against the defendant Vessel CHINOOK (Official No. 640548) in the amount of $77,555.35, along with pre-judgment interest in the amount of $4,386.00 for a total of $81,941.35.  This judgment amount shall continue to accrue interest at a contractual rate of 12% per annum until satisfied.

Dated this 22nd day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

MIKKELBORG, BROZ, WELLS & FRYER, PLLC

By:  Jess G. Webster for
LAFCADIO H. DARLING (WSBA # 29963)
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 3600
Seattle, WA  98154
Tel:  (206) 623-5890
Fax: (206) 623- 0965
Email:  ldarling@mikkelborg.com

**[PROPOSED] JUDGMENT *IN REM* - 2**

Cause No.  3:10-cv-05803-RBL



MIKKELBORG
BROZ | WELLS | FRYER PLLC
ATTORNEYS AT LAW
1001 FOURTH AVENUE   SUITE 3600   SEATTLE
WASHINGTON 98154-1115   TEL: 206.623.5890